UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **ROBERT A. HEGHMANN,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | CIVIL NO. W-24-CV-00076-ADA | |
| § | | |
| **JOSEPH BIDEN, CANDIDATE, 2020 PRESIDENTIAL ELECTION; MICAH CHEATHAM, EX OFFICIO CHIEF, MANAGEMENT AND ADMINISTRATION, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; JACK SMITH, SPECIAL COUNSEL; TANYA CHUTKAN, DEPARTMENT OF JUSTICE, U.S. DISTRICT COURT JUDGE, DISTRICT OF COLUMBIA; AND CONG. MIKE JOHNSON, SPEAKER OF THE HOUSE OF REPRESENTATIVES;** § § § § § § § § § | | |
| **Defendants.** | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 4. The report recommends Plaintiff's Motion to Waive Filing Fee, ECF No. 1, be **DENIED**. The report and recommendation was filed on April 24, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, no party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on

the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Robert Heghmann's Motion, ECF No. 1, is **DENIED**.

**IT IS FINALLY ORDERED** that Plaintiff shall pay the filing and administrative fees for this action within seven (7) days of entry of this order.

**SIGNED** this 14th day of May, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE